Ronald Cantrell
Plaintiff

v.

Haysi Regional Jail
Defendant(s)

Civil Action No.
7:19CV00470

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 26 2019

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

① I Ronald Cantrell am notifing the Clerk or Court that I have been moved to Abingdon Regional Jail The Address is PoBox 280 meadow View VA 24361 I was moved here on friday August, 16, 2019

② I would also ask the court to appoint an attorney because I am not educated enough to handle this case I would also like to say at the comr Charles McCoy was fired from his job over this case Thanks Ronald Cantrell

Ronald Cantrell
PoBox 280
Meadowview, VA
24361

GREENSBORO NC 274
PIEDMONT TRIAD AREA
22 AUG 2019 PM 6 L

Clerk U.S. District Court
210 Franklin Road S.W. Suite 540
Roanoke VA 24011-2208

24011-000340

1/bm
15527