October 9, 2019

Ronald Dean Cantrell, Jr.
c/o P.O. Box 280
Meadowview, VA. 24361

CLERK'S OFFICE
AT ROANOKE
FILED
OCT 15 2019
JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

Case: 7:19 cv 470

RE: Address Change Notification

Dear Court:

I advised your court in August 2019 of my address change; however, I did not receive a response from you verifying you received my notification. Will you please make note of my new address (listed above), and let me know you received it? Thank you.

Sincerely,

Ronald Cantrell Jr.

Ronald Dean Cantrell, Jr.

Case: 7:19 cv 470

Ronald Dean Cantrell 10200905
P.O. Box 280
Meadowview, VA. 24361

Ronald D. Cantrell
P.O. Box 280
Meadowview, VA. 24361

U.S. District Court
210 Franklin Rd. S.W.
Suite 540
Roanoke, VA. 24011

24011-000340



GREENSBORO NC 274
PIEDMONT TRIAD AREA
10 OCT 2019 PM 3 L

Barn Swallow
FOREVER
USA