AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | | |
|---|---|---|
| Ronald Dean Cantrell | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 7:19cv00470 |
| Haysi Regional Jail, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ronald Dean Cantrell

Date: 11/07/2019

*Attorney's signature*

John P. Fishwick, Jr. Esq. (VSB #23285)
*Printed name and bar number*

Fishwick & Associates PLC
30 Franklin Road SW, Suite 700
Roanoke, VA 24011

*Address*

john.fishwick@fishwickandassociates.com
*E-mail address*

(540) 345-5890
*Telephone number*

(540) 345-5789
*FAX number*