# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **RONALD DEAN CANTRELL,**<br>    Plaintiff, | Civil Action No. 7:19-cv-00470 |
| v. | **ORDER TO SERVE AND COLLECT FEE** |
| **HAYSI REGIONAL JAIL, ET AL,**<br>    Defendant(s). | By:    Robert S. Ballou<br>         United States Magistrate Judge |

The court previously assessed a filing fee in this prisoner civil rights case, and plaintiff returned an executed Inmate Consent to Withholding form. Accordingly, it is now

**O R D E R E D**

as follows:

1. Plaintiff is **GRANTED** leave to proceed in forma pauperis to the extent plaintiff does not pay for service of process and may pay the filing fee via installments.

2. The Clerk shall cause the defendant(s) to be notified of this action, pursuant to Rule 4 of the Federal Rules of Civil Procedure.

3. The Clerk is directed to forward a copy of plaintiff's signed consent to withholding form to the Trust Accounts Officer at plaintiff's current place of confinement.

4. The collection of the $350.00 fee shall commence. The Trust Accounts Officer at plaintiff's current place of confinement, and at all subsequent places of confinement, is hereby authorized to collect the fees as agreed to by plaintiff on the signed consent form, and to remit such fees in accordance with 28 U.S.C. § 1915(b). The Trust Accounts Officer at plaintiff's present institution is requested to place the signed consent to withholding form in plaintiff's file so that it might accompany the inmate in the event of his transfer. Should plaintiff be transferred to another institution, the balance due for the civil action will be inserted in plaintiff's file so that the appropriate officer at the next institution will remit the

debt owed to the Clerk, U.S. District Court, 210 Franklin Road SW, Suite 540, Roanoke, Virginia 24011-2208.  The Trust Accounts Officer is requested to reference the case number of this action on payments sent to the court.

5. Parties are advised that briefs, motions, and responses thereto shall be filed in compliance with the Federal Rules of Civil Procedure and the court's Local Rules.

6. Plaintiff shall notify the court immediately upon plaintiff's release or transfer and shall provide a new address. FAILURE TO NOTIFY THE COURT OF SUCH A CHANGE OF ADDRESS IN WRITING WILL RESULT IN THE DISMISSAL OF THIS CASE.

7. Parties are advised that, pursuant to a Standing Order of Court, all non-dispositive matters in this case will be referred to a United States Magistrate Judge.

8. The Clerk shall send a copy of this Order to plaintiff.

   Enter:  This  6th  day of February, 2020.

                                               s/Robert S. Ballou
                                               United States Magistrate Judge