IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

**RONALD DEAN CANTRELL**
    **Plaintiff,**                                   Civil Action No. 7:19CV00470

**v.**                                                            **ORDER TO RESPOND**

**HAYSI REGIONAL JAIL, ET AL,**        **By:   Hon. Robert S. Ballou**
    **Defendants.**                                          **United States Magistrate Judge**

       The waiver of service of process sent to Sheriff Ray Foster and Charles McCoy has been returned to the court as undeliverable and without a forwarding address.  "Notwithstanding the difficulties faced by an incarcerated plaintiff, it is not . . . the role of the courts to track down defendants. . . .  [P]laintiffs bear the reasonable burden of identifying some address where service can be properly made.  Only upon provision of such information . . . can the courts execute service."  Skaggs v. Clark, No. 3:13-3293, 2015 U.S. Dist. LEXIS 6493, at *8-9, 2015 WL 269154, at *3 (S.D. W. Va. Jan. 21, 2015).

       In order for the court to accomplish service on Sheriff Ray Foster and Charles McCoy, it is necessary for the plaintiff to provide an address at which service may be accomplished.  Accordingly, it is hereby **ORDERED** that the plaintiff is **DIRECTED** to file with the court, within ten days of this Order's entry, an address at which service may be accomplished on Sheriff Ray Foster and Charles McCoy.  Failure to comply shall result any claim against Sheriff Ray Foster and Charles McCoy being dismissed without prejudice.

       ENTER:  This  25th  day of February, 2020.

                                                            s/Robert S. Ballou
                                                            United States Magistrate Judge